FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 30 2012

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STUART C. IRBY COMPANY                                            PLAINTIFF

vs.                                    Civil Action No. 4:12 cv 749 SWW

LRE ROYAL ELECTRICAL                                              DEFENDANT
CONTRACTORS, INC.

## COMPLAINT

Stuart C. Irby Company ("Irby"), the Plaintiff, files this Complaint against the Defendant, LRE Royal Electrical Contractors, Inc. ("LRE").

### PARTIES

This case assigned to District Judge Wright
and to Magistrate Judge Ray

1. Plaintiff Irby is a Mississippi corporation. Its principal place of business is located at 815 South State Street, Jackson, Mississippi 39201.

2. Defendant LRE is an Arkansas corporation. Upon information and belief, LRE maintains its principal place of business in Pulaski County, Arkansas.

### JURISDICTION & VENUE

3. This Court has jurisdiction over this dispute under 28 U.S.C. § 1332. The amount in controversy exceeds $75,000.00, exclusive of interest and costs, and is between citizens of different states.

4. Venue is properly laid in this judicial district under 28 U.S.C. § 1391 because the Defendant resides in this judicial district.

### FACTS

5. In December 2011, Irby acquired Treadway Electric Company, Inc. ("Treadway") through an asset purchase and now owns all of Treadway's contracts,

accounts receivable and claims, including the accounts of LRE which are the subject of this Complaint. Treadway and Irby will sometimes be referred to jointly as "Treadway/Irby."

6. Treadway sold electrical materials to LRE for use on various construction projects, and LRE agreed to pay Treadway for those materials.

7. Treadway regularly provided LRE with invoices reflecting the materials supplied to LRE and the amounts owed for those materials. Treadway also provided LRE with statements summarizing the full amounts owed by LRE and identifying the particular projects for which LRE ordered the materials.

8. A summary of the outstanding invoices and a detailed listing of each invoice are attached as collective Exhibit A.

9. Despite its agreement to pay Treadway/Irby, LRE did not pay Treadway/Irby in full for the materials provided to LRE.

## COUNT I – BREACH OF CONTRACT

10. Irby incorporates all of the above allegations.

11. Treadway agreed to sell electrical materials to LRE in exchange for payment for those materials.

12. Treadway sold LRE the electrical materials LRE requested.

13. LRE failed to pay Treadway/Irby for the amounts owed for the electrical materials Treadway supplied to LRE.

14. Therefore, LRE has breached its agreement with Treadway.

15. As a direct result of LRE's breach of its agreement with Treadway, Treadway/Irby has been damaged.

16. The summary of outstanding invoices and detailed listing of each invoice attached as Exhibit A show that Defendant is liable to Treadway/Irby for the delinquent balance of LRE's accounts with Treadway/Irby in a principal amount totaling $173,120.20.

17. In addition, pursuant to ARK. CODE ANN. § 16-22-308, the Defendant is liable to Treadway/Irby for the attorneys' fees that Treadway/Irby has incurred and will incur to prosecute and collect for the outstanding amounts due from the Defendant.

### COUNT II – QUANTUM MERUIT / UNJUST ENRICHMENT

18. Irby incorporates all of the above allegations.

19. In the alternative to the breach of contract claim stated above, Irby can recover from LRE through claims of quantum meruit / unjust enrichment.

20. Treadway supplied LRE with the electrical materials LRE requested, and LRE accepted those materials.

21. The cost of the materials that Treadway supplied to LRE is $173,120.20.

22. Treadway/Irby was not paid for the electrical materials supplied to LRE.

23. LRE received and retained the benefit of $173,120.20 worth of electrical material that Treadway supplied to LRE.

24. As a direct result of LRE's failure to pay Treadway/Irby for the electrical materials supplied to and used by LRE, Irby has been damaged.

25. It would be inequitable and unjust for the Defendant to retain the benefit of the electrical materials Treadway supplied without paying for the materials.

ACCORDINGLY, Plaintiff Irby requests that the Court enter judgment in its favor and against LRE, making LRE liable for:

    (a)    the delinquent balance of LRE's accounts in an amount of $173,120.20;

    (b)    $34,624.04 ($173,120.20 x 20%) in attorneys' fees and costs of collection, pursuant to ARK. CODE ANN. § 16-22-308;

    (c)    pre and post-judgment interest and

    (d)    all other relief which the Court deems just and proper under the circumstances.

Dated: 11/29/2012.

Respectfully submitted,

**STUART C. IRBY COMPANY**

By: *[signature]*
Jason E. Sharp (Arkansas Bar No. 2005263)
One of Its Attorneys

OF COUNSEL:

Jason E. Sharp, Arkansas Bar No. 2005263
jsharp@brunini.com
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
Post Office Drawer 7520
Columbus, Mississippi 39705
410 Main Street
Columbus, Mississippi 39701
Telephone: (662) 329-8360
Facsimile: (662) 240-4127

4

## SUMMARY OF AMOUNTS OWED TO STUART C. IRBY COMPANY BY
## LRE ROYAL ELECTRICAL CONTRACTORS, INC.

| Year | Beginning Balance | Adjustments | Year End Balance | Balance |
|---|---|---|---|---|
| 2007 | $0.00 | ($15,788.53) | ($15,788.53) | ($15,788.53) |
| 2008 | $43,368.96 | ($8,361.61) | $35,007.35 | $19,218.82 |
| 2009 | $16,806.01 | ($650.23) | $16,155.78 | $35,374.60 |
| 2010 | $82,817.29 | ($22,944.74) | $59,872.55 | $95,247.15 |
| 2011 | $82,962.24 | ($1,255.92) | $81,706.32 | $176,953.47 |
|  |  | ($3,833.27) |  | $173,120.20 |



EXHIBIT A

## 2007 INFORMATION

| DATE | | | AMT | AMT | INFORMATION |
|---|---|---|---|---|---|
| 4/30/2007 | SA00001323.001 | DISCOUNT CHARGBACK | 778.84 | 778.84 | DISCOUNT CHARGEBACK CHK 236305 |
| 6/5/2007 | SA00001343.001 | DISCOUNT CHARGBACK | 916.88 | 916.88 | DISCOUNT CHARGEBACK CHK 236682 |
| 6/30/2007 | SA00001344.001 | DISCOUNT CHARGBACK | 2,156.18 | 2,156.18 | DISCOUNT CHARGEBACK CHK 242572 |
| 7/30/2007 | SA00001351.001 | DISCOUNT CHARGBACK | 3,794.29 | 3,794.29 | DISCOUNT CHARGEBACK CHK 243171 |
| 8/25/2007 | SA00001355.001 | DISCOUNT CHARGBACK | 5,451.14 | 5,451.14 | DISCOUNT CHARGEBACK CHK 243806 |
| 8/25/2007 | SA00001354.001 | APPL CREDIT | 328.79 | 328.79 | ENTRY MADE 5/23/2008 |
| 9/27/2007 | SA00001357.001 | APPL CREDIT | 2,112.25 | 2,112.25 | ENTRY MADE 5/23/2008 |
| 9/27/2007 | SA00001356.001 | DISCOUNT CHARGBACK | 250.16 | 250.16 | DISCOUNT CHARGEBACK CHK 244359 |

**GRAND TOTAL**                              **$ 15,788.53**

## 2008 INFORMATION

| Date | Reference | Invoice | Amount | Credit | Balance | Notes |
|---|---|---|---|---|---|---|
| 3/21/2008 | SA00238611.001 | 238611 | 211.3 | | 211.3 | UNPAID INVOICE |
| 4/25/2008 | SA00255031.001 | CREDIT MEMO | -263.36 | | -263.36 | OPEN CREDIT ORIG PD IN FULL |
| 4/25/2008 | SA00255395.001 | CREDIT MEMO | -175.68 | | -175.68 | OPEN CREDIT ORIG PD IN FULL |
| 5/23/2008 | SA00001375.001 | 2008 ENTRY | 35,772.00 | | 35,772.00 | 2008 ENTRY MADE BY MELISSA AKIN |
| 5/23/2008 | SA00001374.001 | 2008 ENTRY | -17,886.00 | | -17,886.00 | 2008 ENTRY MADE BY MELISSA AKIN |
| 7/10/2008 | SA00289395.001 | 289395 | 222.64 | | 222.64 | UNPAID INVOICE |
| 7/30/2008 | SA00001353.001 | DISCOUNT CHARGEBACK | 1,263.31 | | 1,263.31 | DISCOUNT CHARGEBACK CHK 255148 |
| 7/30/2008 | SA00001352.001 | DISCOUNT CHARGEBACK | 237.97 | | 237.97 | "ROYAL" CHRG BACK CHK 255148 |
| 8/21/2008 | SA00309824.001 | 309824 | 19.27 | | 19.27 | UNPAID INVOICE |
| 8/21/2008 | SA00310108.001 | 310108 | 30.62 | | 30.62 | UNPAID INVOICE |
| 8/29/2008 | SA00314432.001 | 314432 | 79.81 | | 79.81 | ORIGINAL INVOICE |
| 10/27/2008 | SB00314432.001 | CHARGEBACK ORIG/CR | 79.81 | | 79.81 | CHR BACK ORIG INV TOOK AS CR CHK 258293 |
| 9/12/2008 | SA00321303.001 | 321303 | 760.11 | | 760.11 | UNPAID INVOICE |
| 9/25/2008 | SA00004076.001 | 004076 | 782.19 | -692.68 | 782.19 | PARTIAL PMT CHK 259312 BAL REM-$89.51 |
| 9/25/2008 | SA00003351.001 | 3351 | 495.21 | -445.51 | 495.21 | PARTIAL PMT CHK 259312 BAL REM-$49.70 |
| 9/30/2008 | SA00005289.001 | 005289 | 1,942.09 | -674.49 | 1,942.09 | PARTIAL PMT CHK 259312 BAL REM-$1267.60 |
| 11/13/2008 | SA00024908.001 | 024908 | 1,984.00 | | 1,984.00 | UNPAID INVOICE |
| 11/21/2008 | SA00028786.001 | 028786 | 5,230.55 | -5176.8 | 5,230.55 | PARTIAL PMT CHK 261692 BAL REM-$53.75 |
| 11/25/2008 | SA00030458.001 | 030458 | 2,972.35 | | 2,972.35 | UNPAID INVOICE |
| 12/11/2008 | SA00035336.001 | 035336 | 3,200.05 | -3150.37 | 3,200.05 | PARTIAL PMT CHK 261691 BAL REM-$49.68 |
| 12/25/2008 | SA00041444.001 | 41444 | 1,687.33 | -1678.94 | 1,687.33 | PARTIAL PMT CHK 261260 BAL REM- |
| 12/30/2008 | SA00042386.001 | 42386 | 4,459.26 | -3532.3 | 4,459.26 | PARTIAL PMT CHK 261260 BAL REM-$926.96 |
| 12/30/2008 | SA00043315.001 | 43315 | 264.13 | | 264.13 | UNPAID INVOICE |

**GRAND TOTAL**                                  $43,368.96   -$8,361.61   $35,007.35

## 2009 INFORMATION

| Date | Reference | Description | Amount | | Amount | Notes |
|---|---|---|---|---|---|---|
| 1/21/2009 | SA00001283.001 | CHARGEBACK CREDIT | 46.06 | | 46.06 | CR TAKEN CHK 261691 APP TO ORIG 307692 |
| 1/21/2009 | SA00000964.001 | POSTED A CREDIT | -22.44 | | -22.44 | REF INV 038127-PD WITH CC |
| 1/23/2009 | SA00052524.001 | 52524 | 4,393.83 | | 4,393.83 | ORIGINAL INVOICE |
| 3/31/2009 | SB00052524.001 | PD PARTIAL | -3,812.52 | | -3,812.52 | PARTIAL PMT CHK 263243 BAL REM-$581.31 |
| 1/23/2009 | SA00052525.001 | 52525 | 261.23 | | 261.23 | UNPAID INVOICE |
| 1/28/2009 | SA00053588.001 | 53588 | 28.25 | | 28.25 | ORIGINAL INVOICE |
| 3/31/2009 | SB00053588.001 | PD PARTIAL | -22.34 | | -22.34 | PARITAL PMT CHK 263243 BAL REM-$5.91 |
| 2/9/2009 | SA00058596.001 | 058596 | 1,168.58 | | 1,168.58 | ORIGINAL INVOICE |
| 3/31/2009 | SB00058596.001 | PD PARTIAL | -1,147.73 | | -1,147.73 | PARTIAL PMT CHK 263243 BAL REM-$20.85 |
| 2/10/2009 | SA00059198.001 | 059198 | 6,657.99 | | 6,657.99 | ORIGINAL INVOICE |
| 3/31/2009 | SB00059198.001 | PD PARTIAL | -6,634.90 | | -6,634.90 | PARTIAL PMT CHK 263243 BAL REM-$23.09 |
| 2/12/2009 | SA00060767.001 | 060767 | 2,405.37 | | 2,405.37 | ORIGINAL INVOICE |
| 3/31/2009 | SB00060767.001 | PD PARTIAL | -1,989.53 | | -1,989.53 | PARTIAL PMT CHK 263243 BAL REM-$415.84 |
| 2/23/2009 | SA00065030.001 | 65030 | 236.75 | | 236.75 | ORIGINAL INVOICE |
| 6/16/2009 | SB00065030.001 | PD PARTIAL | -209.63 | | -209.63 | PARTIAL PMT CHK 265505 BAL REM-$27.12 |
| 2/25/2009 | SA00001297.001 | APPL CR | 2,080.67 | | 2,080.67 | ROYAL |
| 2/25/2009 | SA00001299.001 | APPL CR | 4,534.24 | | 4,534.24 | ROYAL |
| 2/25/2009 | SA00001296.001 | APPL CR | 460.76 | | 460.76 | ROYAL |
| 2/27/2009 | SA00067717.001 | 067717 | 603.38 | | 603.38 | UNPAID INVOICE |
| 3/10/2009 | SA00071000.001 | 71000 | 169.7 | | 169.7 | UNPAID INVOICE |
| 3/19/2009 | SA00075007.001O | 75007 | 250.96 | | 250.96 | ORIGINAL INVOICE |
| 4/22/2009 | SB00075007.001 | PD PARTIAL | -241.88 | | -241.88 | PARTIAL PMT CHK 264231 BAL REM-$9.08 |
| 3/25/2009 | SA00079056.001 | 079056 | 52.42 | | 52.42 | UNPAID INVOICE |
| 3/25/2009 | SA00078638.001 | 78638 | 10.17 | | 10.17 | UNPAID INVOICE |
| 3/25/2009 | SA00079055.001 | 79055 | 115.15 | | 115.15 | UNPAID INVOICE |
| 5/5/2009 | SA00095522.001 | 095522 | 964.86 | | 964.86 | ORIGINAL INVOICE |
| 6/16/2009 | SB00095522.001 | PD PARTIAL | -945.57 | | -945.57 | PARTIAL PMT CHK 265505 BAL REM-$19.29 |
| 5/5/2009 | SA00095523.001 | 095523 | 2,270.50 | | 2,270.50 | ORIGINAL INVOICE |
| 6/16/2009 | SB00095523.001 | PD PARTIAL | -2,260.85 | | -2,260.85 | PARTIAL PMT CHK 265505 BAL REM-$9.65 |
| 5/11/2009 | SA00097772.001 | 097772 | 2,454.37 | | 2,454.37 | ORIGINAL INVOICE |
| 6/16/2009 | SB00097772.001 | PD PARTIAL | -2,184.15 | | -2,184.15 | PARTIAL PMT CHK 265505 BAL REM-$270.22 |

| Date | Invoice | Ref | Amount | Credit | Balance | Notes |
|---|---|---|---|---|---|---|
| 6/25/2009 | SA00117627.001 | 117627 | 1,935.00 | | 1,935.00 | UNPAID INVOICE |
| 7/7/2009 | SA00121920.001 | 121920 | 25.43 | | 25.43 | UNPAID INVOICE |
| 7/16/2009 | SA00126615.001 | 126615 | 56.54 | | 56.54 | UNPAID INVOICE |
| 7/24/2009 | SA00130890.001 | 130890 | 56.54 | | 56.54 | UNPAID INVOICE |
| 7/31/2009 | SA00134943.001 | 134943 | 634.9 | | 634.9 | UNPAID INVOICE |
| 8/6/2009 | SA00136445.001 | 136445 | 263.53 | | 263.53 | UNPAID INVOICE |
| 8/31/2009 | SA00148123.001 | 148123 | 226.81 | | 226.81 | UNPAID INVOICE |
| 9/14/2009 | SA00153311.001 | 153311 | 806.25 | | 806.25 | ORIGINAL INVOICE |
| 11/17/2009 | SB00153311.001 | PD PARTIAL | -483.75 | | -483.75 | PARTIAL PMT CHK 269616 BAL REM-$322.50 |
| 9/18/2009 | SA00155768.001 | 155768 | 102.34 | | 102.34 | UNPAID INVOICE |
| 10/7/2009 | SB00163766.001 | 163766 | 366.81 | | 366.81 | UNPAID INVOICE |
| 10/7/2009 | SB00163874.001 | 163874 | 456.24 | | 456.24 | UNPAID INVOICE |
| 10/15/2009 | SA00167495.001 | 167495 | 1,048.13 | | 1,048.13 | UNPAID INVOICE |
| 10/30/2009 | SA00174516.001 | 174516 | 89.58 | | 89.58 | UNPAID INVOICE |
| 11/9/2009 | SA00178132.001 | 178132 | 655.45 | -575.66 | 79.79 | PARTIAL PMT CHK 270827 BAL REM-$79.79 |
| 11/11/2009 | SA00179021.001 | 179021 | 99.44 | -35.26 | 64.18 | PARTIAL PMT CHK 270827 BAL REM-$64.18 |
| 11/16/2009 | SA00180852.001 | 180852 | 71.53 | | 71.53 | UNPAID INVOICE |
| 11/25/2009 | SA00186874.001 | 186874 | 414.09 | | 414.09 | UNPAID INVOICE |
| 11/25/2009 | SA00186979.001 | 186979 | 78.66 | -39.31 | 39.35 | PARTIAL PMT CHK 271742 BAL REM-$39.35 |
| 12/3/2009 | SA00188310.001 | 188310 | 43.17 | | 43.17 | UNPAID INVOICE |
| 12/11/2009 | SA00192351.001 | 192351 | 175.26 | | 175.26 | UNPAID INVOICE |
| 12/16/2009 | SA00000513.001 | OPEN CREDIT | -9.64 | | -9.64 | OPEN CREDIT ORIG 184132 PD IN FULL |

**GRAND TOTAL**     $ 16,806.01   -650.23   $ 16,155.78

*2010 INFORMATION*

| Date | Reference | Invoice/Description | Amount | Adjustment | Balance | Notes |
|---|---|---|---|---|---|---|
| 1/25/2010 | SA00210121.001 | 210121 | 332.59 | | 332.59 | UNPAID INVOICE |
| 1/27/2010 | SA00210610.001 | 210610 | 100.18 | | 100.18 | UNPAID INVOICE |
| 2/12/2010 | SA00216387.001 | 216387 | 247.54 | -222.98 | 24.56 | PARTIAL PMT CHK 278169 REM BAL-$24.56 |
| 2/22/2010 | SA00220169.001 | 220169 | 35.48 | | 35.48 | UNPAID INVOICE |
| 2/25/2010 | SA00222936.001 | 222936 | 872.6 | | 872.6 | UNPAID INVOICE |
| 2/25/2010 | SA00222937.001 | 222937 | 811.43 | | 811.43 | UNPAID INVOICE |
| 3/15/2010 | SA00229430.001 | 229430 | 114.2 | | 114.2 | UNPAID INVOICE |
| 3/15/2010 | SA00229431.001 | 229431 | 170.62 | | 170.62 | UNPAID INVOICE |
| 3/15/2010 | SA00229432.001 | 229432 | 115.21 | | 115.21 | UNPAID INVOICE |
| 3/15/2010 | SA00229433.001 | 229433 | 348.26 | | 348.26 | UNPAID INVOICE |
| 3/25/2010 | SA00234609.001 | 234609 | 6,573.63 | -6,416.07 | 157.56 | ADJ ON 3/25/2011 CM7581 BAL REM-$157.56 |
| 3/31/2010 | SA00001312.002 | DISCOUNT CHARGEBACK | 633 | | 633 | DISCOUNT NOT ALLOWED CHK 272680 |
| 3/31/2010 | SA00237948.001 | 237948 | 587.6 | | 587.6 | UNPAID INVOICE |
| 3/31/2010 | SA00001311.001 | DISCOUNT CHARGEBACK | 0.76 | | 0.76 | ROYAL DISCOUNT NOT ALLOWED CHK 272680 |
| 4/8/2010 | SA00000932.001 | DISCOUNT CHARGEBACK | 4.25 | | 4.25 | ROYAL DISCOUNT NOT ALLOWED CHK 273514 |
| 4/8/2010 | SA00000933.001 | DISCOUNT CHARGEBACK | 431.79 | | 431.79 | DISCOUNT NOT ALLOWED CHK 273514 |
| 4/8/2010 | SA00001373.001 | CHARGEBACK CREDIT | 565.99 | | 565.99 | CM5949 ADJ TO ORIG 206798 CHK 273514 |
| 4/23/2010 | SA00247008.001 | 247008 | 3,764.95 | | 3764.95 | ORIGINAL INVOICE |
| 6/22/2010 | | CM8195 | -2,964.68 | | -2964.68 | APP CR TO ORIG CHK 276803 BAL REM-$800.27 |
| 4/23/2010 | SA00248471.001 | 248471 | 8,269.25 | -6,658.72 | 1,610.53 | PARTIAL PMT CHK 3683 BAL REM-$1610.53 |
| 5/17/2010 | SA00001325.001 | CHARGEBACK DED | 6,744.91 | | 6,744.91 | INVC 156015-DED FROM PMT CHK 274321 |
| 7/28/2010 | SA00000830.001 | INTERNAL CREDIT MEMO | -6,682.17 | | -6,682.17 | CM8641 ORIG 156015 INTERNAL MEMO |
| | | DIFF IF ALLOWED | | | 62.74 | DIFF IN INTERNAL CR & CR TAKEN IF ALLOWED |
| 6/23/2010 | SA00001223.001 | OVERPD POSTED CR | -1,609.73 | | -1,609.73 | INV 244918 ADJ W CM7992 PD CHK 2963 |
| 6/25/2010 | SA00001377.001 | DISCOUNT CHARGEBACK | 2,125.44 | | 2,125.44 | DISCOUNT NOT ALLOWED CHK 278169 |
| 6/25/2010 | SA00001376.001 | DISCOUNT CHARGEBACK | 10.77 | | 10.77 | DISCOUNT NOT ALLOWED CHK 278169 |
| 7/8/2010 | SA00000074.001 | DISCOUNT CHARGEBACK | 44.83 | | 44.83 | DISCOUNT NOT ALLOWED CHK 279370 |
| 7/8/2010 | SA00000071.001 | DISCOUNT CHARGEBACK | 5.14 | | 5.14 | DISCOUNT NOT ALLOWED CHK 279346 |
| 7/8/2010 | SA00000078.001 | CHK 279399 | 8.91 | | 8.91 | ROYAL |
| 7/8/2010 | SA00000073.001 | DISCOUNT CHARGEBACK | 128.45 | | 128.45 | DISCOUNT NOT ALLOWED CHK 279361 |
| 7/12/2010 | SA00343597.001 | 343597 | 128.01 | | 128.01 | UNPAID INVOICE |
| 7/13/2010 | SA00343940.001 | 343940 | 267.39 | | 267.39 | UNPAID INVOICE |
| 7/20/2010 | SA00000020.001 | DISCOUNT CHARGEBACK | 92.96 | | 92.96 | DISCOUNT NOT ALLOWED CHK 3683 |
| 7/20/2010 | SA00347924.001 | 347924 | 155.8 | | 155.8 | UNPAID INVOICE |
| 7/21/2010 | SA00348587.001 | 348587 | 218.07 | | 218.07 | UNPAID INVOICE |
| 7/22/2010 | SA00349433.001 | 349433 | 40.32 | | 40.32 | UNPAID INVOICE |
| 7/22/2010 | SA00349227.001 | 349227 | 100.79 | | 100.79 | UNPAID INVOICE |
| 7/23/2010 | SA00349797.001 | 349797 | 52.6 | | 52.6 | UNPAID INVOICE |
| 7/25/2010 | SA00000068.001 | DISCOUNT CHARGEBACK | 16.18 | | 16.18 | DISCOUNT NOT ALLOWED CHK 279333 |
| 7/25/2010 | SA00000066.001 | DISCOUNT CHARGEBACK | 11.19 | | 11.19 | DISCOUNT NOT ALLOWED CHK 279275 |

| Date | Reference | Description | Amount | Adjustment | Balance | Notes |
|---|---|---|---|---|---|---|
| 8/9/2010 | SA00357103.001 | 357103 | 1,290.00 | -1,257.75 | 32.25 | PARTIAL PMT CHK 276871 BAL REM-$32.25 |
| 8/10/2010 | SA00000034.001 | DISCOUNT CHARGEBACK | 28.82 | | 28.82 | DISCOUNT NOT ALLOWED CHK 275890 |
| 8/10/2010 | SA00000037.001 | CHARGEBACK CREDIT | 50.7 | | 50.7 | CM7791 ADJ TO ORIG 248236 TOOK CREDIT |
| 8/10/2010 | SA00000038.001 | DISCOUNT CHARGEBACK | 46.31 | | 46.31 | DISCOUNT NOT ALLOWED CHK 275929 |
| 8/10/2010 | SA00000040.001 | DISCOUNT CHARGEBACK | 47.92 | | 47.92 | DISCOUNT NOT ALLOWED CHK 275941 |
| 8/10/2010 | SA00000044.001 | DISCOUNT CHARGEBACK | 29.07 | | 29.07 | DISCOUNT NOT ALLOWED CHK 276017 |
| 8/10/2010 | SA00000035.001 | DISCOUNT CHARGEBACK | 9.49 | | 9.49 | DISCOUNT NOT ALLOWED CHK 275908 |
| 8/10/2010 | SA00000036.001 | DISCOUNT CHARGEBACK | 13.53 | | 13.53 | DISCOUNT NOT ALLOWED CHK 275926 |
| 8/10/2010 | SA00000039.001 | DISCOUNT CHARGEBACK | 76.54 | | 76.54 | DISCOUNT NOT ALLOWED CHK 275933 |
| 8/10/2010 | SA00000063.001 | DISCOUNT CHARGEBACK | 230.24 | | 230.24 | DISCOUNT NOT ALLOWED CHK 279210 |
| 8/12/2010 | SA00359113.001 | 359113 | 3,671.40 | -991.07 | 2,680.33 | PARTIAL PMT CHK 276919 BAL REM-$2680.33 |
| 8/23/2010 | SA00000022.001 | DISCOUNT CHARGEBACK | 14.53 | | 14.53 | DISCOUNT NOT ALLOWED CHK 4627 |
| 8/23/2010 | SA00000031.001 | DISCOUNT CHARGEBACK | 8.7 | | 8.7 | DISCOUNT NOT ALLOWED CHK 275802 |
| 8/25/2010 | SA00366817.001 | 366817 | 1,483.09 | | 1,483.09 | UNPAID INVOICE |
| 8/25/2010 | SA00366818.001 | 366818 | 4,160.89 | -1,365.88 | 2,795.01 | PARTIAL PMT CHK 277162 BAL REM-$2795.01 |
| 9/13/2010 | SA00373002.001 | 373005 | 84.04 | | 84.04 | UNPAID INVOICE |
| 9/15/2010 | SA00000046.001 | DISCOUNT CHARGEBACK | 11.23 | | 11.23 | DISCOUNT NOT ALLOWED CHK 276803 |
| 9/15/2010 | SA00000047.001 | CHK 276846 | 6.57 | | 6.57 | ROYAL |
| 9/25/2010 | SA00000043.001 | CHK 275997 | 10.77 | | 10.77 | ROYAL |
| 9/30/2010 | SA00381996.001 | 381996 | 37.02 | | 37.02 | UNPAID INVOICE |
| 9/30/2010 | SA00381827.001 | 381827 | 346.44 | | 346.44 | UNPAID INVOICE |
| 10/12/2010 | SA00000048.001 | DISCOUNT CHARGEBACK | 58.46 | | 58.46 | DISCOUNT NOT ALLOWED CHK 276919 |
| 10/12/2010 | SA00000049.001 | DISCOUNT CHARGEBACK | 59.14 | | 59.14 | DISCOUNT NOT ALLOWED CHK 277010 |
| 10/18/2010 | SA00388319.001 | 388319 | 2,539.69 | -2,526.25 | 13.44 | PARTIAL PMT CHK 277411 BAL REM-$13.44 |
| 10/18/2010 | SA00388654.001 | 388654 | 657.82 | -649.63 | 8.19 | PARTIAL PMT CHK 277411 BAL REM-$8.19 |
| 10/18/2010 | SA00388185.001 | 388185 | 112.48 | -97.2 | 15.28 | PARTIAL PMT CHK 277411 BAL REM-$15.28 |
| 10/19/2010 | SA00000024.001 | DISCOUNT CHARGEBACK | 63.72 | | 63.72 | DISCOUNT NOT ALLOWED CHK 5207 |
| 10/25/2010 | SA00000028.001 | DISCOUNT CHARGEBACK | 108.99 | | 108.99 | DISCOUNT NOT ALLOWED CHK 5525 |
| 11/9/2010 | SA00398240.001 | 398240 | 121.14 | | 121.14 | UNPAID INVOICE |
| 11/10/2010 | SA00000055.001 | DISCOUNT CHARGEBACK | 140.76 | | 140.76 | DISCOUNT NOT ALLOWED CHK 277356 |
| 11/17/2010 | SA00402183.001 | 402183 | 99.95 | | 99.95 | UNPAID INVOICE |
| 11/19/2010 | SA00000054.001 | DISCOUNT CHARGEBACK | 59.83 | | 59.83 | DISCOUNT NOT ALLOWED CHK 277281 |
| 11/19/2010 | SB00366817.001 | 366817 | 1483.09 | -0.01 | 1483.08 | PARTIAL PD ON CHK 277162 BAL REM-$1483.08 |
| 11/23/2010 | SA00404189.001 | 404189 | 14.26 | | 14.26 | UNPAID INVOICE |
| 11/23/2010 | SA00404188.001 | 404188 | 206.56 | | 206.56 | UNPAID INVOICE |
| 11/24/2010 | SA00405037.001 | 405037 | 41.93 | | 41.93 | UNPAID INVOICE |
| 11/24/2010 | SA00405363.001 | 405363 | 3.69 | | 3.69 | UNPAID INVOICE |
| 11/30/2010 | SA00406828.001 | 406828 | 39,316.98 | -2,743.05 | 36,573.93 | DED WAS SALES TAX ADJ UNPAID INV |
| 11/30/2010 | SA00406337.001 | 406337 | 214.7 | -16.13 | 198.57 | DED WAS SALES TAX ADJ UNPAID INV |
| 12/3/2010 | SA00407838.001 | 407838 | 17.28 | | 17.28 | UNPAID INVOICE |
| 12/3/2010 | SA00407839.001 | 407839 | 50 | | 50 | UNPAID INVOICE |
| 12/3/2010 | SA00407840.001 | 407840 | 10.07 | | 10.07 | UNPAID INVOICE |
| 12/8/2010 | SA00409417.001 | 409417 | 4.06 | | 4.06 | UNPAID INVOICE |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/8/2010 | SA00409418.001 | 409418 | 8.41 | | 8.41 | UNPAID INVOICE |
| 12/8/2010 | SA00409772.001 | 409772 | 69.08 | | 69.08 | UNPAID INVOICE |
| 12/14/2010 | SA00000050.001 | DISCOUNT CHARGEBACK | 54.95 | | 54.95 | DISCOUNT NOT ALLOWED CHK 277017 |
| 12/14/2010 | SA00411786.001 | 411786 | 11.09 | | 11.09 | UNPAID INVOICE |
| 12/23/2010 | SA00416621.001 | 416621 | 61.51 | | 61.51 | UNPAID INVOICE |
| 12/23/2010 | SA00417059.001 | 417059 | 15.02 | | 15.02 | UNPAID INVOICE |
| 12/28/2010 | SA00418080.001 | 418080 | 71.98 | | 71.98 | UNPAID INVOICE |
| 12/29/2010 | SA00419393.001 | 419393 | 2,608.84 | | 2,608.84 | UNPAID INVOICE |

**GRAND TOTAL**                                    82,817.29    -22,944.74   59,872.55

## 2011 INFORMATION

| Date | Reference | Description | Amount | | Amount | Note |
|---|---|---|---|---|---|---|
| 1/12/2011 | SA00000030.001 | DISCOUNT CHARGEBACK | 34.94 | | 34.94 | DISCOUNT NOT ALLOWED CHK 5778 |
| 1/12/2011 | SA00421021.001 | 421021 | 27.66 | | 27.66 | UNPAID INVOICE |
| 1/12/2011 | SA00000051.001 | DISCOUNT CHARGEBACK | 105.8 | | 105.8 | DISCOUNT NOT ALLOWED CHK 277177 |
| 1/12/2011 | SA00421022.001 | 421022 | 163.75 | | 163.75 | UNPAID INVOICE |
| 1/14/2011 | SA00422120.001 | 422120 | 174 | | 174 | UNPAID INVOICE |
| 1/14/2011 | SA00422275.001 | 422275 | 111.08 | | 111.08 | UNPAID INVOICE |
| 1/14/2011 | SA00422276.001 | 422276 | 269.5 | | 269.5 | UNPAID INVOICE |
| 1/14/2011 | SA00422277.001 | 422277 | 68.11 | | 68.11 | UNPAID INVOICE |
| 1/17/2011 | SA00422522.001 | 422522 | 499.88 | | 499.88 | UNPAID INVOICE |
| 1/19/2011 | SA00423647.001 | 423647 | 7.59 | | 7.59 | UNPAID INVOICE |
| 1/19/2011 | SA00423486.001 | 423486 | 103.6 | | 103.6 | UNPAID INVOICE |
| 1/19/2011 | SA00423487.001 | 423487 | 134.95 | | 134.95 | UNPAID INVOICE |
| 1/20/2011 | SA00423940.001 | 423940 | 4.46 | | 4.46 | UNPAID INVOICE |
| 1/25/2011 | SA00425832.001 | 425832 | 906.89 | | 906.89 | UNPAID INVOICE |
| 1/25/2011 | SA00424758.001 | 424758 | 2.96 | | 2.96 | UNPAID INVOICE |
| 1/31/2011 | SA00000009.001 | CHARGEBACK CREDIT | 972.25 | | 972.25 | CM9633 APP TO ORIG 366177 TOOK CREDIT |
| 1/31/2011 | SA00000016.001 | DISCOUNT CHARGEBACK | 20.79 | | 20.79 | DISCOUNT NOT ALLOWED CHK 283373 |
| 1/31/2011 | SA00000018.001 | DISCOUNT CHARGEBACK | 21.05 | | 21.05 | DISCOUNT NOT ALLOWED CHK 283409 |
| 1/31/2011 | SA00000059.001 | DISCOUNT CHARGEBACK | 12.21 | | 12.21 | DISCOUNT NOT ALLOWED CHK 277415 |
| 1/31/2011 | SA00000008.001 | CHARGEBACK CREDIT | 144.21 | | 144.21 | CM9269 APP TO ORIG 366484 TOOK CREDIT |
| 2/18/2011 | SA00000010.001 | SHORT PAID CHK VS INV | 50.6 | | 50.6 | SHORTAGE ON CHECK 7578-CHRG BACK |
| 2/18/2011 | SA00000032.001 | DISCOUNT CHARGEBACK | 51.67 | | 51.67 | DISCOUNT NOT ALLOWED CHK 5847 |
| 2/18/2011 | SA00000057.001 | DISCOUNT CHARGEBACK | 30.33 | | 30.33 | DISCOUNT NOT ALLOWED CHK 277410 |
| 2/18/2011 | SA00000058.001 | DISCOUNT CHARGEBACK | 31.31 | | 31.31 | DISCOUNT NOT ALLOWED CHK 277411 |
| 2/18/2011 | SA00000017.001 | DISCOUNT CHARGEBACK | 89.15 | | 89.15 | DISCOUNT NOT ALLOWED CHK 283385 |
| 2/18/2011 | SA00000033.001 | DISCOUNT CHARGEBACK | 140.22 | | 140.22 | DISCOUNT NOT ALLOWED CHK 5873 |
| 2/18/2011 | SA00000060.001 | DISCOUNT CHARGEBACK | 92.34 | | 92.34 | DISCOUNT NOT ALLOWED CHK 7554 |
| 2/18/2011 | SA00000061.001 | DISCOUNT CHARGEBACK | 92.56 | | 92.56 | DISCOUNT NOT ALLOWED CHK 7578 |
| 2/23/2011 | SA00000056.001 | DISCOUNT CHARGEBACK | 31.85 | | 31.85 | DISCOUNT NOT ALLOWED CHK 277387 |
| 2/23/2011 | SA00432980.001 | 432980 | 49.95 | | 49.95 | UNPAID INVOICE |
| 2/23/2011 | SA00000015.001 | DISCOUNT CHARGEBACK | 415.41 | | 415.41 | DISCOUNT NOT ALLOWED CHK 283065 |
| 2/23/2011 | SA00000026.001 | DISCOUNT CHARGEBACK | 77.49 | | 77.49 | DISCOUNT NOT ALLOWED CHK 285250 |
| 2/24/2011 | SA00433484.001 | 433484 | 239.65 | | 239.65 | UNPAID INVOICE |
| 2/25/2011 | SA00434428.001 | 434428 | 7,465.88 | | 7,465.88 | UNPAID INVOICE |
| 2/25/2011 | SA00434656.001 | 434656 | 109.59 | | 109.59 | UNPAID INVOICE |
| 3/2/2011 | SA00435664.001 | 435664 | 28.29 | | 28.29 | UNPAID INVOICE |
| 3/7/2011 | SA00436732.001 | 436732 | 2,600.00 | | 2,600.00 | UNPAID INVOICE |
| 3/7/2011 | SA00436788.001 | 436788 | 32.71 | | 32.71 | UNPAID INVOICE |
| 3/7/2011 | SA00436791.001 | 436791 | 19.54 | | 19.54 | UNPAID INVOICE |
| 3/7/2011 | SA00436793.001 | 436793 | 47.86 | | 47.86 | UNPAID INVOICE |
| 3/7/2011 | SA00436789.001 | 436789 | 10.14 | | 10.14 | UNPAID INVOICE |
| 3/7/2011 | SA00436790.001 | 436790 | 12.32 | | 12.32 | UNPAID INVOICE |
| 3/7/2011 | SA00436794.001 | 436794 | 7.52 | | 7.52 | UNPAID INVOICE |

| Date | Invoice ID | Invoice # | Amount | Credit | Balance | Note |
|---|---|---|---|---|---|---|
| 3/7/2011 | SA00436795.001 | 436795 | 6.95 | | 6.95 | UNPAID INVOICE |
| 3/7/2011 | SA00436792.001 | 436792 | 77.6 | | 77.6 | UNPAID INVOICE |
| 3/9/2011 | SA00437730.001 | 437730 | 402.3 | | 402.3 | UNPAID INVOICE |
| 3/10/2011 | SA00438273.001 | 438273 | 23.61 | | 23.61 | UNPAID INVOICE |
| 3/10/2011 | SA00438275.001 | 438275 | 48.31 | | 48.31 | UNPAID INVOICE |
| 3/10/2011 | SA00438274.001 | 438274 | 77.6 | | 77.6 | UNPAID INVOICE |
| 3/16/2011 | SA00439795.001 | 439795 | 17.66 | | 17.66 | UNPAID INVOICE |
| 3/16/2011 | SA00439796.001 | 439796 | 16.68 | | 16.68 | UNPAID INVOICE |
| 3/16/2011 | SA00439798.001 | 439798 | 30.73 | | 30.73 | UNPAID INVOICE |
| 3/16/2011 | SA00439800.001 | 439800 | 40.38 | | 40.38 | UNPAID INVOICE |
| 3/16/2011 | SA00439801.001 | 439801 | 8.96 | | 8.96 | UNPAID INVOICE |
| 3/16/2011 | SA00439797.001 | 439797 | 95.72 | | 95.72 | UNPAID INVOICE |
| 3/16/2011 | SA00439799.001 | 439799 | 162.18 | | 162.18 | UNPAID INVOICE |
| 3/18/2011 | SA00000025.001 | 000025 | 29.94 | | 29.94 | DISCOUNT NOT ALLOWED CHK 277177 |
| 3/22/2011 | SA00441552.001 | 441552 | 38.77 | | 38.77 | UNPAID INVOICE |
| 3/22/2011 | SA00441550.001 | 441550 | 5.9 | | 5.9 | UNPAID INVOICE |
| 3/22/2011 | SA00441466.001 | 441466 | 194.96 | | 194.96 | UNPAID INVOICE |
| 3/23/2011 | SA00442176.001 | 442176 | 22.09 | | 22.09 | UNPAID INVOICE |
| 3/23/2011 | SA00442051.001 | 442051 | 173.86 | | 173.86 | UNPAID INVOICE |
| 3/23/2011 | SA00442177.001 | 442177 | 153.65 | | 153.65 | UNPAID INVOICE |
| 3/24/2011 | SA00442371.001 | 442371 | 58.47 | | 58.47 | UNPAID INVOICE |
| 3/24/2011 | SA00442388.001 | 442388 | 31.15 | | 31.15 | UNPAID INVOICE |
| 3/24/2011 | SA00442529.001 | 442529 | 27.95 | | 27.95 | UNPAID INVOICE |
| 3/24/2011 | SA00442530.001 | 442530 | 94.72 | | 94.72 | UNPAID INVOICE |
| 3/25/2011 | SA00000027.001 | DISCOUNT CHARGEBACK | 17.25 | | 17.25 | DISCOUNT NOT ALLOWED CHK 285440 |
| 3/25/2011 | SA00443403.001 | 443403 | 1,112.80 | | 1,112.80 | UNPAID INVOICE |
| 3/25/2011 | SA00443405.001 | 443405 | 30.7 | | 30.7 | UNPAID INVOICE |
| 3/25/2011 | SA00443477.001 | 443477 | 6,075.54 | | 6,075.54 | ORIGINAL INVOICE UNPAID |
| 4/25/2011 | SA00000151.001 | CM2102 | -20.6 | | -20.6 | APPLY CM2102 REM BAL-$6054.94 |
| 3/25/2011 | SA00443521.001 | 443521 | 36.3 | | 36.3 | UNPAID INVOICE |
| 3/25/2011 | SA00443340.001 | 443340 | 11.57 | | 11.57 | UNPAID INVOICE |
| 3/25/2011 | SA00442724.001 | 442724 | 275.86 | | 275.86 | UNPAID INVOICE |
| 3/25/2011 | SA00443402.001 | 443402 | 367.43 | -18.18 | 367.43 | APPLY CR TO ORIG 443402 BAL REM-$349.25 |
| 3/25/2011 | SA00443499.001 | 443499 | 268.3 | | 268.3 | UNPAID INVOICE |
| 3/28/2011 | SA00442965.001 | 442965 | 155.36 | | 155.36 | UNPAID INVOICE |
| 3/29/2011 | SA00443816.001 | 443816 | 170.38 | -34.38 | 170.38 | APPLY CM1817 TO ORIG BAL REM-$136.00 |
| 3/29/2011 | SA00443884.001 | 443884 | 373.89 | | 373.89 | UNPAID INVOICE |
| 3/30/2011 | SA00444120.001 | 444120 | 34.79 | | 34.79 | UNPAID INVOICE |
| 3/30/2011 | SA00444121.001 | 444121 | 108.49 | | 108.49 | UNPAID INVOICE |
| 3/30/2011 | SA00444215.001 | 444215 | 80.44 | | 80.44 | UNPAID INVOICE |
| 3/30/2011 | SA00444372.001 | 444372 | 115.26 | | 115.26 | UNPAID INVOICE |
| 3/31/2011 | SA00444744.001 | 444744 | 742.32 | | 742.32 | UNPAID INVOICE |
| 3/31/2011 | SA00444794.001 | 444794 | 49.84 | | 49.84 | UNPAID INVOICE |
| 3/31/2011 | SA00444795.001 | 444795 | 34.32 | | 34.32 | UNPAID INVOICE |
| 3/31/2011 | SA00444878.001 | 444878 | 8.39 | | 8.39 | UNPAID INVOICE |
| 3/31/2011 | SA00444694.001 | 444694 | 118.56 | | 118.56 | UNPAID INVOICE |

| Date | Invoice ID | Invoice # | Amount | | Balance | Status |
|---|---|---|---|---|---|---|
| 3/31/2011 | SA00444745.001 | 444745 | 493.51 | | 493.51 | UNPAID INVOICE |
| 3/31/2011 | SA00444824.001 | 444824 | 85.77 | | 85.77 | UNPAID INVOICE |
| 3/31/2011 | SA00444825.001 | 444825 | 189.19 | | 189.19 | UNPAID INVOICE |
| 3/31/2011 | SA00444890.001 | 444890 | 116.32 | | 116.32 | UNPAID INVOICE |
| 3/31/2011 | SA00445232.001 | 445232 | 385.79 | | 385.79 | UNPAID INVOICE |
| 4/5/2011 | SA00445968.001 | 445968 | 15.45 | | 15.45 | UNPAID INVOICE |
| 4/5/2011 | SA00445986.001 | 445986 | 48.65 | | 48.65 | UNPAID INVOICE |
| 4/5/2011 | SA00445904.001 | 445904 | 88.92 | | 88.92 | UNPAID INVOICE |
| 4/6/2011 | SA00446217.001 | 446217 | 22.5 | | 22.5 | UNPAID INVOICE |
| 4/6/2011 | SA00446315.001 | 446315 | 51 | | 51 | UNPAID INVOICE |
| 4/6/2011 | SA00446316.001 | 446316 | 47.36 | | 47.36 | UNPAID INVOICE |
| 4/6/2011 | SA00446317.001 | 446317 | 86.03 | | 86.03 | UNPAID INVOICE |
| 4/7/2011 | SA00446511.001 | 446511 | 23.94 | | 23.94 | UNPAID INVOICE |
| 4/7/2011 | SA00446754.001 | 446754 | 167.17 | | 167.17 | UNPAID INVOICE |
| 4/7/2011 | SA00446755.001 | 446755 | 333.52 | | 333.52 | UNPAID INVOICE |
| 4/8/2011 | SA00446924.001 | 446924 | 44.99 | | 44.99 | UNPAID INVOICE |
| 4/11/2011 | SA00447329.001 | 447329 | 65.21 | | 65.21 | UNPAID INVOICE |
| 4/11/2011 | SA00447089.001 | 447089 | 158.44 | | 158.44 | UNPAID INVOICE |
| 4/11/2011 | SA00447090.001 | 447090 | 507.73 | | 507.73 | UNPAID INVOICE |
| 4/12/2011 | SA00447615.001 | 447615 | 34.71 | | 34.71 | UNPAID INVOICE |
| 4/12/2011 | SA00447616.001 | 447616 | 18.95 | | 18.95 | UNPAID INVOICE |
| 4/12/2011 | SA00447419.001 | 447419 | 71 | | 71 | UNPAID INVOICE |
| 4/12/2011 | SA00447420.001 | 447420 | 490.88 | | 490.88 | UNPAID INVOICE |
| 4/12/2011 | SA00447664.001 | 447664 | 149.96 | | 149.96 | UNPAID INVOICE |
| 4/13/2011 | SA00448246.001 | 448246 | 368.3 | | 368.3 | UNPAID INVOICE |
| 4/14/2011 | SA00449024.001 | 449024 | 63.04 | | 63.04 | UNPAID INVOICE |
| 4/14/2011 | SA00448922.001 | 448922 | 5.33 | | 5.33 | UNPAID INVOICE |
| 4/14/2011 | SA00449078.001 | 449078 | 299.76 | | 299.76 | UNPAID INVOICE |
| 4/14/2011 | SA00449079.001 | 449079 | 67.17 | | 67.17 | UNPAID INVOICE |
| 4/15/2011 | SA00449153.001 | 449153 | 28.01 | | 28.01 | UNPAID INVOICE |
| 4/18/2011 | SA00449466.001 | 449466 | 629.34 | | 629.34 | UNPAID INVOICE |
| 4/18/2011 | SA00449467.001 | 449467 | 5,321.80 | | 5,321.80 | UNPAID INVOICE |
| 4/18/2011 | SA00449360.001 | 449360 | 132.59 | | 132.59 | UNPAID INVOICE |
| 4/20/2011 | SA00450480.001 | 450480 | 39.83 | | 39.83 | UNPAID INVOICE |
| 4/20/2011 | SA00450534.001 | 450534 | 39.19 | | 39.19 | UNPAID INVOICE |
| 4/20/2011 | SA00450535.001 | 450535 | 32.96 | | 32.96 | UNPAID INVOICE |
| 4/20/2011 | SA00450631.001 | 450631 | 736.49 | | 736.49 | UNPAID INVOICE |
| 4/20/2011 | SA00450632.001 | 450632 | 9.34 | | 9.34 | UNPAID INVOICE |
| 4/20/2011 | SA00450633.001 | 450633 | 14.97 | | 14.97 | UNPAID INVOICE |
| 4/20/2011 | SA00450630.001 | 450630 | 286.55 | | 286.55 | UNPAID INVOICE |
| 4/21/2011 | SA00451097.001 | 451097 | 38.71 | | 38.71 | UNPAID INVOICE |
| 4/21/2011 | SA00451099.001 | 451099 | 19.12 | | 19.12 | UNPAID INVOICE |
| 4/21/2011 | SA00451311.001 | 451311 | 32.24 | | 32.24 | UNPAID INVOICE |
| 4/21/2011 | SA00451328.001 | 451328 | 2,402.41 | | 2,402.41 | UNPAID INVOICE |
| 4/21/2011 | SA00451344.001 | 453144 | 168.75 | | 168.75 | UNPAID INVOICE |
| 4/25/2011 | SA00452400.001 | 452400 | 367.18 | | 367.18 | UNPAID INVOICE |

| Date | Reference | Description | Amount | Adjustment | Balance | Notes |
|---|---|---|---|---|---|---|
| 4/29/2011 | SA00453418.001 | 453418 | 21.27 | | 21.27 | UNPAID INVOICE |
| 4/29/2011 | SA00000041.001 | DISCOUNT CHARGEBACK | 308.1 | | 308.1 | DISCOUNT NOT ALLOWED CHK 5959 |
| 5/11/2011 | SA00457008.001 | 457008 | 56.6 | | 56.6 | UNPAID INVOICE |
| 5/20/2011 | SA00000062.001 | DISCOUNT CHARGEBACK | 1,404.47 | | 1,404.47 | DISCOUNT NOT ALLOWED CHK 9114 |
| 6/3/2011 | SA00463644.001 | 463644 | 67.71 | | 67.71 | UNPAID INVOICE |
| 6/7/2011 | SA00464131.001 | 464131 | 17.73 | | 17.73 | UNPAID INVOICE |
| 6/8/2011 | SA00464882.001 | 464882 | 34.53 | | 34.53 | UNPAID INVOICE |
| 6/8/2011 | SA00464884.001 | 464884 | 234.48 | | 234.48 | UNPAID INVOICE |
| 6/9/2011 | SA00465216.001 | 465216 | 8.69 | | 8.69 | UNPAID INVOICE |
| 6/9/2011 | SA00465215.001 | 465215 | 173.63 | | 173.63 | UNPAID INVOICE |
| 6/10/2011 | SA00465674.001 | 465674 | 281.32 | | 281.32 | UNPAID INVOICE |
| 6/13/2011 | SA00465926.001 | 465926 | 602.16 | | 602.16 | UNPAID INVOICE |
| 6/13/2011 | SA00465924.001 | 465924 | 14.07 | | 14.07 | UNPAID INVOICE |
| 6/13/2011 | SA00465925.001 | 465925 | 110.97 | | 110.97 | UNPAID INVOICE |
| 6/14/2011 | SA00466424.001 | 466424 | 455.81 | | 455.81 | UNPAID INVOICE |
| 6/15/2011 | SA00466864.001 | 466864 | 125.08 | | 125.08 | UNPAID INVOICE |
| 6/15/2011 | SA00466928.001 | 466928 | 269.83 | | 269.83 | UNPAID INVOICE |
| 6/15/2011 | SA00466929.001 | 466929 | 204.5 | | 204.5 | UNPAID INVOICE |
| 6/16/2011 | SA00467101.001 | 467101 | 144.09 | | 144.09 | UNPAID INVOICE |
| 6/20/2011 | SA00467878.001 | 467878 | 29,562.50 | -971.63 | 28590.87 | PD PARTIAL CHK 149627 JOB AGING ATTACHED |
| 6/20/2011 | SA00468227.001 | 468227 | 59.6 | | 59.6 | UNPAID INVOICE |
| 6/20/2011 | SA00467999.001 | 467999 | 146.77 | | 146.77 | UNPAID INVOICE |
| 6/20/2011 | SA00468000.001 | 468000 | 126.86 | | 126.86 | UNPAID INVOICE |
| 6/20/2011 | SA00468083.001 | 468083 | 342.42 | | 342.42 | UNPAID INVOICE |
| 6/21/2011 | SA00468660.001 | 468660 | 146.77 | | 146.77 | UNPAID INVOICE |
| 6/21/2011 | SA00468661.001 | 468661 | 164.48 | | 164.48 | UNPAID INVOICE |
| 6/22/2011 | SA00468965.001 | 468965 | 258.23 | | 258.23 | UNPAID INVOICE |
| 6/22/2011 | SA00469053.001 | 469053 | 234.07 | | 234.07 | UNPAID INVOICE |
| 6/23/2011 | SA00469406.001 | 469406 | 49.93 | | 49.93 | UNPAID INVOICE |
| 6/23/2011 | SA00469627.001 | 469627 | 26.9 | | 26.9 | UNPAID INVOICE |
| 6/23/2011 | SA00469661.001 | 469661 | 34.3 | | 34.3 | UNPAID INVOICE |
| 6/28/2011 | SA00000182.001 | CREDIT MEMO | -269.35 | | -269.35 | CM2756 OPEN ORIG 463195 PD IN FULL |
| 7/8/2011 | SA00000064.001 | DISCOUNT CHARGEBACK | 1,467.52 | | 1,467.52 | DISCOUNT NOT ALLOWED CHK 9218 |
| 7/12/2011 | SA00000042.001 | DISCOUNT CHARGEBACK | 148.62 | | 148.62 | DISCOUNT NOT ALLOWED CHK 5973 |
| 7/20/2011 | SA00000114.001 | CM1366-286642 | 204.73 | | 204.73 | CUST ONLY USED $204.73 OF CM1366 SEE CHK |
| 7/25/2011 | SA00000045.001 | DISCOUNT CHARGEBACK | 7.14 | | 7.14 | DISCOUNT NOT ALLOWED CHK 286580 |
| 7/28/2011 | SA00000003.001 | BACKCHARGE | 3,621.93 | | 3,621.93 | CUST LIST BACKCHARGE AMT ON CHK 287267 |
| 7/28/2011 | SA00000052.001 | CM2050-CHARGEBACK | 55.53 | | 55.53 | ADJUSTED ORIG 445766 CHK 287267 |
| 7/28/2011 | SA00000053.001 | CM2127-CHARGEBACK | 80.63 | | 80.63 | ADJUSTED ORIG 445767 CHK 287267 |
| 9/20/2011 | SA00000011.001 | PMT CHK 10729 | -22.44 | | -22.44 | INV LISTED 475857 NOT ON ACCT |
| 11/11/2011 | SA00485551.001 | ADJUSTMENT | 9.5 | | 9.5 | ADJUSTED 11/11/2011 CHK 50215 (-$25000) |
| 11/11/2011 | SA00494594.001 | ADJUSTMENT | 484.21 | | 484.21 | ADJUSTED 11/11/2011 CHK 50215 (-$25000) |
| 11/11/2011 | SA00497626.001 | ADJUSTMENT | 136.15 | | 136.15 | ADJUSTED 11/11/2011 CHK 50215 (-$25000) |
| 11/11/2011 | SB00494807.001 | ADJUSTMENT | 237.38 | -231.73 | 5.65 | ADJUSTED 11/11/2011 CHK 50215 (-$25000) |
| 11/14/2011 | SA00509586.001 | 509586 | 42.95 | | 42.95 | UNPAID INVOICE |
| 12/1/2011 | SA00001247.001 | POA | -1,249.59 | | -1,249.59 | CHK 11399 PARTIALLY PD 476197 |

| GRAND TOTAL | | | | | POA DUE TO PD IN FULL WITH ADJ FROM $25,000 POA ON ACCT LRE1352HAE |
|---|---|---|---|---|---|
| $ 82,962.24 | -1255.92 | $81,706.32 | | | |